United States District Court
Southern District of Texas

**ENTERED**

June 24, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KENIA SARAHI CHINCHILLA PINEDA, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-04637 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| BRET BRADFORD, *et al*, Respondents. | § § | |

**ORDER**

Petitioner Kenia Sarahi Chinchilla Pineda filed a petition for writ of *habeas* on June 11, 2026. Dkt 1.

Prior order directed the Government to show cause by June 19, 2026. Dkt 5. It hasn't done so.

Now also pending is a motion by Petitioner to expedite consideration, in which she notes that the Government hasn't yet responded as ordered. See Dkt 6 at 3.

The motion is GRANTED. Dkt 6.

The Government is ORDERED to respond to the prior order to show cause by June 29, 2026.

Petitioner may file any reply by July 2, 2026.

No further extension will be allowed. Failure to respond will result in the petition for writ of *habeas corpus* being granted as unopposed and for failure to show cause.

SO ORDERED.

Signed on June 24, 2026, at Houston, Texas.

_____

Honorable Charles Eskridge
United States District Judge

2