United States District Court
Southern District of Texas

**ENTERED**

July 02, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| KENIA SARAHI CHINCHILLA PINEDA, Petitioner, | § § § § § | CIVIL ACTION NUMBER 4:26-cv-04637 |
| versus | § § § | JUDGE CHARLES ESKRIDGE |
| BRET BRADFORD, *et al*, Respondents. | § § § | |

### ORDER

Petitioner Kenia Sarahi Chinchilla Pineda filed a petition for writ of *habeas corpus* on June 11, 2026. Dkt 1.

Prior order directed the Government to respond to the petition. Dkt 5. The Government responded on June 29, 2026. Dkt 8. It there stated intention to supplement its response, as it was "still awaiting guidance" regarding application of *Immigration Center for Women and Children v Noem*, 2026 WL 145504 (CD Cal), to Petitioner. See id at 1 n 2.

Petitioner replied on July 1, 2026, and maintains that her detention violates due process in light of the order in *ICWC*. See Dkt 9 at 6–14. The Government then filed its supplement, detailing argument that *ICWC* isn't binding and doesn't compel Petitioner's release. See Dkt 10 at 1–5.

The undersigned finds it appropriate to afford Petitioner an additional opportunity to further respond.

It is ORDERED that Petitioner may file a sur-reply addressing arguments raised in the Government's supplement by July 9, 2026, absent extension.

SO ORDERED.

Signed on July 2, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge